AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| TERI'S HERBAL TEAS, a Nevada corporation, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )  Civil Action No. |
| ALOE VERA OF AMERICA, INC., a Texas corporation (see attached for additional defendants); | ) ) ) |
| Defendants | ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ALOE VERA OF AMERICA, INC., a Texas corporation; 7501 East McCormick Pkwy, Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert M. Gilchrest (SBN 134254)
GILCHREST LAW GROUP
200 E. Carrillo Street, Suite 100
Santa Barbara, California 93101
robert@gilchrestlaw.com
Telephone: (805) 585-0616

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

Robert M. Gilchrest (SBN 134254)
**GILCHREST LAW GROUP**
200 E. Carrillo Street, Suite 100
Santa Barbara, California 93101
Telephone: (805) 585-0616
robert@gilchrestlaw.com

Attorneys for Plaintiff
TERI'S HERBAL TEAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI'S HERBAL TEAS, a Nevada corporation,<br><br>                     Plaintiff,<br><br>          v.<br><br>ALOE VERA OF AMERICA, INC., a Texas corporation; FOREVER LIVING PRODUCTS INTERNATIONAL, LLC, a Nevada limited liability company, and FOREVER LIVING IMPORTS (INDIA) PRIVATE LIMITED, an Indian private limited company,<br><br>                     Defendants. | **CASE NO.**<br><br>**COMPLAINT FOR:**<br><br>1) **BREACH OF CONTRACT (PSA AGREEMENT AS AMENDED);**<br>2) **BREACH OF FIDUCIARY DUTY;**<br>3) **FALSE DESIGNATION OF ORIGIN UNDER LANHAM ACT § 43(A);**<br>4) **MISAPPROPRIATION OF TRADE SECRETS UNDER DTSA AND CUTSA; AND**<br>5) **IMPOSITION OF CONSTRUCTIVE TRUST.**<br><br>**DEMAND FOR JURY TRIAL** |

*TERI'S HERBAL TEAS v. ALOE VERA OF AMERICA*:

<u>**ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF**</u>

---

**COMPLAINT**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: